UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80877-BLOOM/Valle

COMPREHENSIVE HEALTH CARE SYSTEMS, INC.,

    Plaintiff,

v.

SINGLECARE SERVICES LLC, *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [5] ("Notice"), filed on June 15, 2016, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court has carefully reviewed the Notice and the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE**.
2. The CLERK is directed to **CLOSE** this case.
3. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 15th day of June, 2016.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:    counsel of record